| Case No. 2025-1674 |

# BEFORE THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PT. ZINUS GLOBAL INDONESIA,

*Plaintiff-Appellee*,

BROOLYN BEDDING, LLC, CORSICANA MATTRESS CO., ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,

*Plaintiffs-Appellants*,

v.

UNITED STATES,

*Defendant-Appellee*.

| Appeal from the United States Court of International Trade in Case Nos. 1:21-cv-00277-JCG and 1:21-cv-00283-JCG Judge Jennifer Choe-Groves |

| PLAINTIFFS-APPELLANTS MATTRESS PETITIONERS' OBJECTION TO COURT'S PROPOSED ORDER OF JUNE 27, 2025 |

Dated: July 8, 2025

Yohai Baisburd
Nicole Brunda
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Avenue NW
Suite 300
Washington, DC 20037
Phone: (202) 567-2300
Fax: (202) 567-2301
*Counsel for Plaintiffs-Appellants*

On behalf of Brooklyn Bedding, LLC, Corsicana Mattress Company, Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises Inc., Leggett & Platt, Incorporated, International Brotherhood of Teamsters, United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO (collectively, "Mattress Petitioners" or "Plantiffs-Appellants"), we hereby file comments objecting to the Court's order dated June 27, 2025. In that order, the Court stated that "{i}t appears that United States Court of International Trade No. 1:21-cv-00277-JCG is not being challenged on appeal" and thus "{a}bsent objection within 14 days from the date of entry of this order, the court will reform the caption to remove No. 1:21-cv-00277-JCG and to designate PT. Zinus Global Indonesia as a defendant-appellee."

Mattress Petitioners respectfully object to the Court's proposed action, as issues originating in Court of International Trade No. 1:21-cv-00277-JCG are being challenged on appeal. Case No. 1:21-cv-00277-JCG was an action brought by PT. Zinus Global Indonesia to challenge certain aspects of the Department of Commerce's final determination in *Mattresses from Indonesia: Final Affirmative Determination of Sales at Less Than Fair Value*, 86 Fed. Reg. 15,899 (Mar. 25, 2021). Case No. 1:21-cv-00284-JCG was an action brought by Mattress Petitioners to challenge other aspects of the same Department of Commerce

1

determination.  Pursuant to a U.S. Court of International Trade order on September 15, 2021 the two cases were consolidated under Consolidated Court No. 21-00277.

While PT. Zinus Global Indonesia did not appeal either case to this Court, Mattress Petitioners' appeal involves issues originating in both Case No. 1:21-cv-00277-JCG and Case No. 1:21-cv-00284-JCG.  Specifically, the treatment of in-transit mattresses and calculation of quarterly ratios were issues originally raised by PT. Zinus Global Indonesia in Case No. 1:21-cv-00277-JCG.  In the subsequent remand proceedings in Consolidated Court No. 21-00277, the Department of Commerce changed its determination with respect to these issues in a way that negatively impacted Mattress Petitioners.  Mattress Petitioners' appeal to this Court challenges the Department of Commerce's treatment of these issues on remand.  On appeal, Mattress Petitioners also raise an argument related to the treatment of inputs purchased from affiliated suppliers in China that was originally included in Mattress Petitioners' action in Case No. 1:21-cv-00284-JCG.

Given that Mattress Petitioners' appeal involves issues originally raised in both U.S. Court of International Trade Case Nos. 1:21-cv-00277-JCG and 1:21-cv-00284-JCG, Mattress Petitioners respectfully submit it is appropriate to continue to include both case numbers—which, again, were part of the same consolidated proceeding before the U.S. Court of International Trade—in the case caption.

Mattress Petitioners defer to the Court on the appropriate designation of PT. Zinus Global Indonesia.

* * *

Respectfully submitted,

/s/ Yohai Baisburd

Yohai Baisburd
Nicole Brunda
CASSIDY LEVY KENT (USA) LLP

*Counsel for Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Incorporated; the International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO*

July 8, 2025